IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Hanning Loriz, *et al.*,     )
                                      )
           Plaintiffs,     ) Case No. 1:05-CV-306
                                      )
  vs.                                 )
                                      )
John B. Connaughton, *et al.*,        )
                                      )
           Defendants.     )

Order Adopting Reports and Recommendations

On December 29, 2005, United States Magistrate Judge Timothy S. Black issued three Reports and Recommendations in this matter. He recommended that the Court grant the following motions: a motion to dismiss by Defendants Young, Valen, and Connaughton (Doc. 14); a motion to dismiss by Defendants Christopher Keller, Charles Keller, Simmons, and Ridge Wind Quail Hunts, LLC (Doc. 19); and a motion for judgment on the pleadings by Defendant Gray (Doc. 25). The Magistrate Judge further recommended that the Court dismiss *sua sponte* Plaintiffs' claims against all non-moving parties and close this action. He recommended that Plaintiffs' motion to amend their complaint (Doc. 38) and their motion for supplemental jurisdiction (Doc. 44) be denied.

Plaintiffs have objected to each of the reports and recommendations. Their objections do not alter the Court's conclusion, however, considering the matters to which objections have been raised *de novo*, that the Magistrate Judge's recommendations are entirely correct. Accordingly, the Court hereby **ADOPTS** the Reports and Recommendations and **GRANTS** the dispositive motions by Defendants (Doc. 14, Doc. 19, and Doc. 25). The Court

further **DISMISSES** *sua sponte* Plaintiffs' claims against non-moving Defendants and **CLOSES** this action. Plaintiffs' motions to amend their complaint (Doc. 38) and for supplemental jurisdiction (Doc. 44) are hereby **DENIED**.

        **IT IS SO ORDERED.**

                                            /s/
                                    Sandra S. Beckwith, Chief Judge
                                    United States District Court